IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00294-BNB

ELM EXCHANGE, INC., a Maryland corporation,

Plaintiff,

v.

JENNIFER GOODWIN HURLEY, an individual,
KAREN RAGLAND, an individual, and
THE GOODWIN GROUP, LLC, a Colorado limited liability company,

Defendants.

---

# ORDER

---

Pursuant to the parties' **Stipulated Motion to Dismiss With Prejudice** [Doc. # 26, filed 11/24/2014], IT IS ORDERED:

(1)   The Stipulated Motion [Doc. # 26] is GRANTED; and

(2)   The case is dismissed with prejudice, each side to pay its own attorneys' fees and costs.

Dated December 1, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge